

# Fourth Court of Appeals
## San Antonio, Texas

May 7, 2014

No. 04-14-00119-CV

**IN RE TAYMAX FITNESS, LLC**; SP Pavilions, LLC; RPD Property
Management Company, LLC; and Executive Security Systems, Inc. of America

Original Mandamus Proceedings[1]

**ORDER**

On February 20, 2014, relators filed a petition for writ of mandamus. The court has considered relator's petition and the joint response filed on behalf of the real parties in interest and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on May 7, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of May, 2014.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2012-CI-01966, styled *Michelle Montemayor, as Next Friend of Jordan Escamilla, A Minor v. Taymax Fitness, LLC; SP Pavilions, LLC; RPD Property Management Company, LLC; Transwestern Commercial Services, LLC; and Yu Masaki*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.